**FORM B9A** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/03)    Case Number **04–23162–ash**

## UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

# Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 7/26/04.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be reviewed on the Court's Electronic Case Filing System using a PACER login and password at www.nysb.uscourts.gov or at any of the three divisions of the Court during posted business hours. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations.

Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
Carol Jackson
15 Orchard St.
Nyack, NY 10960

| Case Number:<br>04–23162–ash | Social Security/Taxpayer ID Nos.:<br>xxx–xx–6568 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Robert S. Lewis<br>Robert S. Lewis, Esq.<br>53 Burd Street<br>Nyack, NY 10960<br>Telephone number: (845) 358–7100 | Bankruptcy Trustee (name and address):<br>Jeffrey L. Sapir–7<br>As Chapter 7 Trustee<br>399 Knollwood Road<br>Suite 102<br>White Plains, NY 10603<br>Telephone number: (914) 328–7272 |

### Meeting of Creditors:

Date: **September 13, 2004**    Time: **09:30 AM**

Location: **United States Bankruptcy Court, SDNY, 300 Quarropas Street, Room 243A, White Plains, NY 10601–5008**

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Complaint Objecting to Discharge of the Debtor *or* to Determine Dischargeability of Certain Debts: 11/12/04**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:

The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

| **Address of the Bankruptcy Clerk's Office:**<br>300 Quarropas Street<br>White Plains, NY 10601<br>Telephone number: 914–390–4060 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Kathleen Farrell–Willoughby |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 5:00 PM | Date: 7/27/04 |

**DO NOT BRING CELLPHONES TO THE COURTHOUSE**

**DEBTORS: BRING THIS NOTICE TO YOUR FIRST MEETING OF CREDITORS TO BE HELD PURSUANT TO SECTION 341(a) OF THE BANKRUPTCY CODE, TOGETHER WITH ANY OTHER DOCUMENTS REQUESTED BY THE TRUSTEE.**

**EXPLANATIONS** FORM B9A (9/97)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Creditors May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), (6), or (15), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and the required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed on the Court's electronic Case Filing System using an Attorney's login and password issued by the Court or on a diskette in PDF format. If you are unable to file electronically or to submit a copy of your filing on diskette, you may file conventionally provided that you submit with your filing an affidavit of your inability to comply. |
| Legal Advice | The staff of the bankruptcy clerk's office and the office of the U.S. Trustee cannot give legal advice. You may want to consult an attorney to protect your rights. |

–– Refer to Other Side for Important Deadlines and Notices ––

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

# NOTICE OF ELECTRONIC FILING PROCEDURE

A bankruptcy case has been filed with respect to the debtor listed on the first page of the attached notice which provides you with basic information about the case. You may also receive in the future additional information about the case, including information with respect to the filing of proofs of claim by creditors.* If you are a creditor or other party in interest in this matter and represented by an attorney, please forward this "Notice of Electronic Filing Procedure" to your attorney. The purpose of this notice is to provide information about this Court's electronic filing procedures.

This case and any related cases will be docketed exclusively on the Court's Electronic Case Filing System. The System can be accessed via the Internet using a login and password obtained from the PACER Service Center at www.pacer.psc.uscourts.gov. To file documents, an attorney login and password obtained from the Court are needed. In compliance with Federal Rule of Civil Procedure 11 and in accordance with Local Bankruptcy Rule 9011–1, the attorney's password constitutes the signature of the attorney; therefore, security of a password issued to an attorney is the responsibility of that attorney. An original, signed version of the filing shall be maintained in the attorney's files. A chamber's copy of all filed documents is required and all parties with legal representation must file documents in accordance with the following:

1. The requirements for filing, viewing and retrieving case documents are: A personal computer running any standard Windows platform, an Internet provider, Netscape Navigator and Adobe Exchange software to convert documents from a word processor format to a portable document format (PDF). The URL address is www.nysb.uscourts.gov and a password is needed to access this system. If you are unable to comply with this requirement, then

2. You must submit your documents on a diskette using PDF format. The Adobe software will provide this format. Further instruction may be found in the Adobe manual. Use a separate diskette for each filing. Submit the diskette in an envelope with the case name, case number, type and title of document, and the file name on the outside of the envelope. If you are unable to comply with this requirement or requirement number 1, then

3. You must submit your documents on a diskette using one of the following formats: Word, WordPerfect, or DOS text (ASCII). If you are unable to comply with this requirement or requirements number 1 or 2, then

4. You must submit an affidavit of your inability to file in either of the above formats. You may then file conventionally on unstapled, unbound, single–sided paper. Include your affidavit with your filing.

* IF A DEADLINE FOR FILING A PROOF OF CLAIM IS ESTABLISHED, CREDITORS AND PARTIES IN INTEREST WILL BE NOTIFIED. PROOFS OF CLAIM CANNOT BE FILED ELECTRONICALLY. A HARD COPY (PREFERABLY ACCOMPANIED BY A DISKETTE) MUST BE FILED WITH THIS COURT.

For technical or procedural assistance please call (212) 668–2870 ext. 3522 or ext. 3920 and to schedule training call ext. 3580, Monday–Friday, 8:30 a.m. – 5:00 p.m. A tutorial on the Electronic Case Filing System can be found on the Court's web site, www.nysb.uscourts.gov.

Dated: 7/27/04                                                                                      Kathleen Farrell–Willoughby
                                                                                                              Clerk of the Court

# CERTIFICATE OF SERVICE

BAE SYSTEMS
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

```
District/off: 0208-7            User: jmercado              Page 1 of 1               Date Rcvd: Jul 27, 2004
Case: 04-23162                  Form ID: b9a                Total Served: 20


The following entities were served by first class mail on Jul 29, 2004.
 db        +Carol Jackson,    15 Orchard St.,    Nyack, NY 10960-2123
 aty       +Robert S. Lewis,    Robert S. Lewis, Esq.,    53 Burd Street,    Nyack, NY 10960-3220
 tr        +Jeffrey L. Sapir-7,    As Chapter 7 Trustee,    399 Knollwood Road,    Suite 102,
             White Plains, NY 10603-1936
 smg        N.Y. State Dept. Of Taxation And Finance,    Bankruptcy/Special Procedures Section,    P.O. Box 5300,
             Albany, NY 12205-0300
 smg       +N.Y. State Unemployment Insurance Fund,    P.O. Box 551,    Albany, NY 12201-0551
 smg       +New York City Department of Finance,    Bankruptcy & Assignment Unit,    345 Adams Street, 10th Floor,
             Brooklyn, NY 11201-3719
 smg       +Office of the Sheriff,    111 Grove Street,    White Plains, NY 10601-2509
 smg       +Parking Violations Bureau,    210 Joralemon Avenue,    Brooklyn, NY 11201-3745
 smg       +United States Attorney,    100 Church Street,    New York, NY 10007-2636
 smg        Westchester County Dept. Of Public Safety,    CIVIL BUREAU,    110 Grove Street, Room L217,
             White Plains, NY 10601
 ust       +United States Trustee,    33 Whitehall Street,    21st Floor,    New York, NY 10004-2122
3544177    +Chase Na,    4915 Independence Parkway,    Tampa, FL 33634-7518
3544178    +Citibank,    Po Box 6500,    Sioux Falls, SD 57117-6500
3544179    +Dell Financial Svcs,    12234 N Ih 35 Sb Bldg B,    Austin, TX 78753-1705
3544181    +First Usa Bank Na,    1001 Jefferson Plaza,    Wilmington, DE 19801-1493
3544182    +Ual Travel/hsb,    Po Box 9102,    Gray, TN 37615-9102

The following entities were served by electronic transmission on Jul 27, 2004 and receipt of the transmission
was confirmed on:
 smg          E-mail: bankruptcynotices@tax.state.ny.us Jul 27 2004 23:13:32      New York State Tax Commission,
              Bankruptcy/Special Procedures Section,    P.O. Box 5300,    Albany, NY 12205-0300
3544175    +EDI: BANKAMER.COM Jul 27 2004 23:04:00      Bank Of America,    1825 E Buckeye Rd,
              Phoenix, AZ 85034-4216
3544176    +Fax: 516-745-4515 Jul 27 2004 23:28:50      Chase Manhattan Bank,    4915 Independence Parkway,
              Tampa, FL 33634-7540
3544178    +EDI: CITICORP.COM Jul 27 2004 23:03:00      Citibank,    Po Box 6500,    Sioux Falls, SD 57117-6500
3544180    +EDI: FIRSTUSA.COM Jul 27 2004 23:04:00      First Usa Bank,    2500 Westfield Rd,
              Elgin, IL 60123-7836
                                                                                                TOTAL: 5

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
3544174     Jackson, Carol
                                                                                                TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 29, 2004**            **Signature:** _Joseph Speetjens_