UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
IN RE:

                              **Chapter 7**

**CAROL JACKSON,**

                              **Case No. 04-23162 ASH**

               Debtor(s)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## TRUSTEE'S REPORT OF NO DISTRIBUTION

     I, Jeffrey L. Sapir, having been appointed Trustee of the estate of the abovenamed debtor, report that I have neither received any property nor paid any money on account of this estate except exempt property, and that I have made a diligent inquiry into the financial affairs of the debtor(s) and the location of property belonging to the estate; and that there is no property available for distribution from the estate over and above that exempted by law.

     Pursuant to Federal Rules of Bankruptcy Procedure 5009, I hereby certify that the estate of the abovenamed debtor has been fully administered.

     I request that this report be approved; that I be discharged from any further duties as Trustee.

Dated: White Plains, New York
       September 16th, 2004

                                       /s/ Jeffrey L. Sapir
                                       **Jeffrey L. Sapir**
                                       **Chapter 7 Trustee**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
**IN RE:**                                              **Chapter 7**

                                                        **Case No. 04-23162 ASH**
**CAROL JACKSON,**

                              Debtor(s)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**TRUSTEE'S REPORT OF CASE STATUS PURSUANT
TO INITIAL SECT. 341(a) MEETING**

    I, Jeffrey L. Sapir, having been appointed interim Chapter 7 Trustee of the estate of the abovenamed debtor, report the following:

    1    An initial § 341(a) meeting of creditors was scheduled for September 13th, 2004.

__x__    a.    Debtor(s) appeared, meeting held and closed.

____    b.    Debtor (s) did *not* appear and either an order extending trustee's time to object to discharge, or an objection to discharge is annexed hereto for filing with the Clerk's Office, and a copy was served upon the United States Trustee's Office on

____    c.    Debtor(s) did not appear and an order of dismissal was filed with the Clerk's Office and a copy sent to the United States Trustee. Case dismissed by Order of the Hon.                dated

____    d.    Debtor(s) did not appear and the meeting has been adjourned to
. The last day to file an objection to the debtor's discharge does not expire until

    2.    If the debtor(s) appeared at the initial § 341(a) meeting as indicated above; or if the case has been dismissed by order; the trustee reports that this case is:

____    a.    Asset Case: the trustee hereby requests that the Clerk's Office notify the creditors of possible payment of dividends and time to file claims;

__x__    b.    No-Asset Case: the original Trustee's Report of No Distribution is annexed hereto for filing with the Clerk's Office and a copy was served upon the United States Trustee's Office on September 16th, 2004

Dated: White Plains, New York
       September 16th , 2004

                                                /s/ Jeffrey L. Sapir____
                                                **Jeffrey L. Sapir**
                                                **Chapter 7 Trustee**

# AFFIDAVIT OF MAILING

STATE OF NEW YORK            )
COUNTY OF WESTCHESTER   )  ss.:

Lois Rosemarie Esposito, being duly sworn, deposes and says:

That I am not a party to the action; am over the age of 18 years; and reside in the County of Westchester, State of New York.

On September 16th, 2004 I served a true copy of the annexed report of no distribution and case status report by mailing same in a sealed envelope with postage prepaid thereon, in an official depository of the United States Postal Service within the State of New York to the Office of the United States Trustee, 33 Whitehall Street, New York, New York

/s/ Lois Rosemarie Esposito
**Lois Rosemarie Esposito**

Sworn to before me this
16th day of September, 2004

/s/ Jeffrey L. Sapir
Jeffrey L. Sapir
Notary Public, State of New York
No. 60-8764500
Qualified in Rockland County
Cert. Filed in Westchester County
Term Expires: 12/31/06